IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TERESA MAGUIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:21-cv-224-XR |
| WRI-AEW LONE STAR RETAIL ) | |
| PORTFOLIO, LLC d/b/a THOUSAND ) | |
| OAKS CENTER, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff TERESA MAGUIRE ("Plaintiff") respectfully provides this notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Plaintiff therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

Respectfully submitted,

**KURZ LAW GROUP, LLC**
1640 Powers Ferry Road, SE, Suite 17-200
Marietta, GA 30067
www.kurzlawgroup.com
(404) 805-2494 Telephone
(770) 428-5356 Facsimile

By: */s/ Dennis R. Kurz*
    Dennis R. Kurz
    Texas State Bar No. 24068183
    dennis@kurzlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2021, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

G. Stewart Whitehead, Esq.
WINSTEAD PC
401 Congress Avenue, Suite 2100
Austin, Texas 78701
swhitehead@winstead.com
*Attorney for Defendant*

                                         */s/ Dennis R. Kurz*
                                         Dennis R. Kurz