IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TERESA MAGUIRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 5:21-cv-224-XR |
| WRI-AEW LONE STAR RETAIL | ) | |
| PORTFOLIO, LLC d/b/a THOUSAND | ) | |
| OAKS CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE

COMES NOW the Plaintiff, TERESA MAGUIRE ("Plaintiff"), by and through the undersigned counsel, and hereby files this Stipulation to Dismiss Complaint With Prejudice.

Respectfully submitted this 2nd day of September, 2021.

        Respectfully submitted,

        **KURZ LAW GROUP, LLC**
        4355 Cobb Parkway, Suite J-285
        Atlanta, GA 30339
        www.kurzlawgroup.com
        (404) 805-2494 Telephone
        (770) 428-5356 Facsimile

        By:  */s/ Dennis R. Kurz*
              Dennis R. Kurz
              Texas State Bar No. 24068183
              dennis@kurzlawgroup.com
        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2021, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

G. Stewart Whitehead, Esq.
WINSTEAD PC
401 Congress Avenue, Suite 2100
Austin, Texas 78701
swhitehead@winstead.com
*Attorney for Defendant*

*/s/ Dennis R. Kurz*
Dennis R. Kurz